An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

TEVIN MATTHEW AHDUNKO,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62507

**FILED**

JUL 2 2 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is an appeal from a judgment of conviction, pursuant to a guilty plea, of battery with substantial bodily harm. First Judicial District Court, Carson City; James Todd Russell, Judge.

Appellant Tevin Matthew Ahdunko contends that the district court abused its discretion by imposing a term of incarceration rather than a suspended sentence with probation. We disagree. This court will not disturb a district court's sentencing determination absent an abuse of discretion. *Parrish v. State*, 116 Nev. 982, 989, 12 P.3d 953, 957 (2000). Ahdunko's prison term of 14-35 months falls within the parameters provided by the relevant statutes. *See* NRS 193.130(2)(c) (category C felony punishable by "a minimum term of not less than 1 year and a maximum term of not more than 5 years" and a fine not to exceed $10,000); NRS 200.481(2)(b). Moreover, the granting of probation is

SUPREME COURT
OF
NEVADA

(O) 1947A

13-21461

discretionary. *See* NRS 176A.100(1)(c). We conclude that the district court did not abuse its discretion at sentencing, and we

ORDER the judgment of conviction AFFIRMED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc:    Hon. James Todd Russell, District Judge
       State Public Defender/Carson City
       Attorney General/Carson City
       Carson City District Attorney
       Carson City Clerk